IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SEBASTION ROBINSON

    Petitioner,

-vs-

MELISSA LOHMAN,

    Respondent.                      No. 16-cv-20-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on August 8, 2016 (Doc. 21), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED with prejudice.**

                                JUSTINE FLANAGAN,
                                ACTING CLERK OF COURT


                          BY:   s/*Caitlin Fischer*
                                    Deputy Clerk

**DATED:** August 8, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.08.08
15:36:32 -05'00'

**APPROVED:**
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT