IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SEBASTIAN ROBINSON,

Petitioner,

vs.                                             Case No. 16-cv-020-DRH-CJP

MELISSA LOHMAN,

Respondent.

## MEMORANDUM & ORDER

**HERNDON, District Judge:**

Pending before the Court is respondent Melissa Lohman's motion to reconsider the Court's order dismissing this case (Doc. 23). Specifically, respondent states that at the time the Court was notified of petitioner's transfer from FCI Greenville to a Residential Reentry Center in Council Bluff, Iowa (Doc. 16), the petitioner's updated mailing address was incorrect. Thereafter, mail sent to the petitioner at his new address was returned as undeliverable (Docs. 18 & 20).

Following receipt of the returned mail marked undelivered, the government learned that the address provided to the Court for Petitioner Robinsion was incorrect. In fact, the address provided was the corporate office of the Residential Reentry Center in Council Bluff, Iowa. The petitioner's correct address is actually:

    CH, Inc.
    1310 South 17th Street
    Council Bluffs, IA 51503

In light of the fact that Petitioner Robinsion never received the Court's July 26, 2016 notice of impending dismissal (Doc. 19), the Court **GRANTS** the government's motion to reconsider its August 8, 2016 Order dismissing this case (Doc. 21), and **VACATES** the Clerk's Judgment (Doc. 22). The Court **DIRECTS** the Clerk to change Petitioner's mailing address on the docket sheet to reflect:

>Sebastian Robinson
>CH, Inc.
>1310 South 17th Street
>Council Bluffs, IA 51503

**IT IS SO ORDERED.**

Signed this 19th day of October, 2016.

Digitally signed by
Judge David R. Herndon
Date: 2016.10.19
14:35:06 -05'00'

**United States District Judge**